

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:       01-12-01124-CR

Style:       Casey Demon Carmon

      v. The State of Texas

Date motion filed*:       September 6, 2013

Type of motion:       Extension of time to file appellant's brief

Party filing motion:       Appellant

Document to be filed:       Appellant's brief

Is appeal accelerated?       No

If motion to extend time:
      Original due date:       May 6, 2013
      Number of previous extensions granted:       4       Current Due date: September 9, 2013
      Date Requested:       September 30, 2013

Ordered that motion is:

☐       Granted

      If document is to be filed, document due:

      ☐       The Court will not grant additional motions to extend time

☑       Denied

☐       Dismissed (*e.g.*, want of jurisdiction, moot)

☐       Other: _____

**Appellant's motion for extension of time to file appellant's brief is denied. Appellant's brief was originally due May 6, 2013. Counsel has previously requested four extensions of time to file appellant's brief. Most recently, on August 20, 2013, counsel requested an extension of time because of deadlines faced in unrelated cases. That motion was granted, with an admonition that no further extensions would be granted. In the current motion, counsel again requests an extension of time because of recent deadlines faced in unrelated cases, however, all such deadlines have passed. Accordingly, counsel has not provided a reasonable explanation why additional time is necessary, nor established extraordinary circumstances for a further extension. If appellant's brief is not filed by September 18, 2013, the case will be abated and remanded to the trial court for a recommendation as to whether new counsel should be appointed to prepare and file a brief on appellant's behalf.**

Judge's signature:    /s/ Laura C. Higley
      ☐ Acting individually     ☐ Acting for the Court

Panel consists of       _____

Date: September 12, 2013

November 7, 2008 Revision